AO 442 (Rev. 01/09) Arrest Warrant

2120354

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Daniel Richard GARCIA

Defendant

Case No. 211-MJ-

**FILED**
JUL 0 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Daniel Richard GARCIA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 924(c)(1)(A) — Possession of a Deadly or Dangerous Device in Furtherance of a Crime of Violence,
Title 18, United States Code, Section 844(i) — Use of Explosives to Damage Property in Interstate Commerce, and
Title 26, United States Code, Section 5861(d) — Possession of an Unregistered Destructive Device

Date: 06/28/2011

_____
Issuing officer's signature

City and state: Sacramento, California

Edmund F. Brennan, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 6-29-'11, and the person was arrested on (date) 6-30-11
at (city and state) _____.

Date: 6-30-'11

_____
Arresting officer's signature

WILLIAM SHAFFER  DET./TFO
Printed name and title